**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRIS DONNELL HARDY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DAVE DAVEY, Acting Warden,<br><br>　　　　　Respondent. | Case No. CV 14-4521-SJO (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///
///

1  IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition
2 for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.
3       June 2, 2015.
4 Dated: _____

*S. James Otero*
_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE