JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRIS DONNELL HARDY,<br>　　　　Petitioner,<br>　v.<br>DAVE DAVEY, Acting Warden,<br>　　　　Respondent. | Case No. CV 14-4521-SJO (KK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　　　June 2, 2015.

Dated: _____

　　　　　　　　　　　　　　　　*S. James Otero*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE S. JAMES OTERO
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE